UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| 50 EXCHANGE TERRACE LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOUNT VERNON SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 1:24-CV-00285-MSM-PAS |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Order of 1/15/2024 .

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated:1/15/2025